

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00197-CR

| | | |
|---|---|---|
| CHASE ERICK WHEELER, Appellant | § | On Appeal from |
| | § | County Criminal Court No. 3 |
| | § | of Tarrant County (1473192) |
| V. | § | March 21, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was reversible error in the trial court's judgment. We reverse the trial court's January 9, 2018 order denying appellant Chase Erick Wheeler's motion to suppress, reverse the trial court's subsequent judgment, and remand the case to the trial court for further proceedings consistent with our opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel